DMP:JAM
F.# 2021R01110

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   OCTOBER 27, 2023   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VLADIMIR JOVANCIC,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 23-CR-430
(T. 18, U.S.C., §§ 752(a), 1512(c)(2), 2 and 3551 et seq.)

Judge Rachel P. Kovner
Magistrate Judge Joseph A. Marutollo

THE GRAND JURY CHARGES:

## COUNT ONE
(Obstruction of Justice)

1.    On or about and between January 1, 2023 and April 4, 2023, both dates being approximate and inclusive, within the Eastern District of New York and the extraterritorial jurisdiction of the United States, the defendant VLADIMIR JOVANCIC, together with others, did knowingly, intentionally and corruptly obstruct and impede, and attempt to obstruct and impede, an official proceeding, to wit: United States v. Orekhov, et al., Criminal Docket No. 22-CR-434 (EK), a proceeding before the United States District Court for the Eastern District of New York.

(Title 18, United States Code, Sections 1512(c)(2), 2 and 3551 et seq.)

## COUNT TWO
(Instigating or Assisting Escape)

2.    On or about and between January 1, 2023 and April 4, 2023, within the Eastern District of New York and the extraterritorial jurisdiction of the United States, the

defendant VLADIMIR JOVANCIC, together with others, did instigate, aid and assist the escape of Artem Uss, a person under arrest upon process issued under any law of the United States for the commission of a felony, to wit: a violation of Title 18, United States Code, Section 371.

(Title 18, United States Code, Sections 752(a), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_By Carolyn Pokorny, Assistant U.S. Attorney_
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2014R00337

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

VLADIMIR JOVANCIC, ,

Defendant.

# INDICTMENT

(T. 18 U.S.C. §§ 1512(c)(2), 752(a), 2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

Bail, $ _____

**Artie McConnell**
*Assistant U.S. Attorney*