JAM
F.# 2021R01110

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VLADIMIR JOVANCIC

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 23-430 (RPK)

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Artie McConnell, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          December 4, 2023

_____
HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK